O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BONILLA,<br><br>    Plaintiff,<br><br>  v.<br><br>SERGEANT JEMISON, et al.,<br><br>    Defendants. | Case No. CV 11-7357-SJO (OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND FINAL RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the Objections filed by Plaintiff, de novo.

/ / /

/ / /

/ / /

1  IT IS ORDERED  that the Judgment be entered:  (1) accepting this Report and Recommendation; (2) granting the Defendants' Motion to Dismiss Plaintiff's official capacity claims for damages against all Defendants with prejudice; (2) granting Defendants' Motion to Dismiss Plaintiff's Eighth Amendment claim against all Defendants in their individual capacities without prejudice for failure to exhaust administrative remedies; (3) and dismissing this action without prejudice.

DATED: August 27, 2012

HONORABLE S. JAMES OTERO
United States District Judge


Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge