JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BONILLA,<br><br>        Plaintiff,<br><br>    vs.<br><br>SERGEANT JEMISON, et al.,<br><br>        Defendants | Case No. CV 11-7357-SJO (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ADJUDGED that the Complaint is dismissed without prejudice.

DATED: August 27, 2012

_____
HONORABLE S. JAMES OTERO
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge